AO 121 (Rev. 06/16)

| TO: | | |
|---|---|---|
| | Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION   ☐ APPEAL | | COURT NAME AND LOCATION<br>USDC Central District<br>312 N. Spring Street<br>Los Angeles, CA 90012-4793 |
|---|---|---|
| DOCKET NO.<br>2:16-cv-7902 BRO | DATE FILED<br>10/24/2016 | |
| PLAINTIFF<br>WARNER BROS. ENTERTAINMENT INC. | | DEFENDANT<br>INNOVATIVE ARTISTS TALENT AND LITERARY AGENCY, INC.; INNOVATIVE ARTISTS; INNOVATIVE ARTISTS, LLC; and INNOVATIVE ARTISTS TALENT AND LITERARY AGENCY N.Y, INC., |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | See attached Exh. A | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order  ☐ Judgment<br>Notice of Voluntary Dismissal | WRITTEN OPINION ATTACHED<br>☐ Yes  ☑ No | DATE RENDERED<br>2/28/2017 |
|---|---|---|
| CLERK<br>KIRY GRAY | (BY) DEPUTY CLERK<br>/s/ J. Lam | DATE<br>3/1/2017 |

3) Upon termination of action,
   mail copy to Register of Copyrights

# EXHIBIT A

| Title | U.S. Copyright Registration Number |
|---|---|
| *Black Mass* | PA 1-956-741 |
| *Creed* | PA 1-963-915 |
| *Entourage* | PA 1-956-669 |
| *In The Heart Of The Sea* | PA 1-964-575 |
| *Mad Max: Fury Road* | PA 1-943-961 |
| *The Man From U.N.C.L.E* | PA 1-953-387 |
| *Our Brand Is Crisis* | PA 1-961-049 |

*Warner Bros. Entertainment Inc. v. Innovative Artists Talent and Literary Agency, Inc.*, et al. – Exhibit A